Curtis WHITE, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 00–7682.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 26, 2001.

Curtis White, pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

## PER CURIAM.

Curtis White appeals the district court's order dismissing his petition for a writ of error coram nobis after construing the petition as one for habeas corpus relief under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We dismiss the appeal for lack of jurisdiction because White's notice of appeal was not timely filed.

In civil cases in which the United States is not a party, parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed.R.App.P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdic-

---

* For the purpose of this appeal we assume that the date appearing on the notice of appeal is the date it was given to prison officials for

tional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on October 5, 2000. White's notice of appeal was filed on November 16, 2000.* Because White failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We grant White's motion to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

mailing. *See* Fed.R.App.P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).